No. 225. FUTRELL, ADMINISTRATRIX, v. NEWPORT NEWS ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. William Davis Butts* for petitioner. No appearance for respondents.

No. 263. ROBERTSON ET AL. v. CHRONISTER ET AL. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Arkansas, and motion for leave to proceed further *in forma pauperis,* denied. *Dora Robertson, pro se.* No appearance for respondents.

No. 281. HELLMUTH v. HELLMUTH. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Dorsey K. Offutt, Reynolds Robertson,* and *Albert W. Fox* for petitioner. No appearance for respondent.

No. 317. KELLY v. JOHNSTON, WARDEN. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Walter Kelly, pro se.* No appearance for respondent.